**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed January 21, 2021**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00521-CV

**INNEX CALIFORNIA, INC. AND GENERAL CRUDE COMPANY, INC., Appellants**

**V.**

**KMD OPERATING COMPANY, LLC; KMD ACQUISITIONS, INC., AND CALIFORNIA RESOURCES PRODUCTION CORPORATION, Appellees**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2018-89514**

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 22, 2020. On July 28, 2020, this court abated the appeal because appellee California Resources Production Corp., petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas, under cause number 20-33577. *See* Tex. R. App. P. 8.2.

On January 21, 2021, appellants notified this court that the bankruptcy proceeding is closed and the parties have settled the dispute underlying this appeal. The motion asks that we reinstate and dismiss the appeal. *See* Tex. R. App. P. 42.1.

We grant the motion, reinstate the appeal, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.